PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Norbert Herrera                    Docket No. :07-00478-001

Name of Sentencing Judicial Officer: Faith S. Hochburg U.S.D.J.

Date of Original Sentence: 11/26/07

Original Offense: Conspiracy to Distribute Methamphetamine

Original Sentence: 41 months imprisonment to be followed by a four (4) year term of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/18/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision conditions which state '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' and '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On October 20, 2011, Herrera admitted to using methamphetamine on October 18, 2011.

**U.S. Probation Officer Action:**
As a sanction for this violation, the offender has been ordered to complete a 500 word essay on how drugs have affected his life and his plans for the future. Herrera will be evaluated for substance abuse treatment and the probation department will increase the frequency of urinalysis.

Respectfully submitted,

By: Kevin P. Egli
U.S. Probation Officer

Date: 11/09/11

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

11/14/2011
_____
Date